| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT INITIAL FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Spraker, Gary A. | 2. Court or Organization Bankruptcy Court | 3. Date of Report 02/15/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Chief Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☑ Initial ☐ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2011 to 2/15/2013 |

**7. Chambers or Office Address**

US Bankruptcy Court
Old Federal Building
605 West 4th Avenue
Anchorage, AK 99501

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Law Offices of Gary Spraker |
| 2. | Partner | Christianson & Spraker |
| 3. | Trustee | Christianson & Spraker 401k Plan administered by The Hartford |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2012 | Christianson & Spraker 401k Plan - terminated |
| 2. | 2012 | Christianson & Spraker - collection of outstanding accounts receivable |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spraker, Gary A. | 02/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Alaska Permanent Fund | $878.00 |
| 2. 2012 | Law Office of Gary Spraker (gross income) | $306,500.00 |
| 3. 2011 | Alaska Permanent Fund | $1,174.00 |
| 4. 2011 | Law Office of Gary Spraker (gross income) | $163,435.00 |
| 5. 2010 | Alaska Permanent Fund | $1,281.00 |
| 6. 2010 | Law Offic of Gary Spraker (gross income) | $53,065.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Alaska Permanent Fund |
| 2. 2012 | Self employed - attorney (partner). |
| 3. 2011 | Alaska Permanent Fund |
| 4. 2011 | Self employed - attorney (partner). |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt (initial report) | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spraker, Gary A. | 02/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt (initial report) | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | J |
| 2. | American Express | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spraker, Gary A. | 02/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Invesco Leisure Fund | C | Dividend | K | T | Exempt | | | | |
| 2. Franklin Templeton Inv.- Mutual Quest Fund (TEQIX) | B | Dividend | K | T | | | | | |
| 3. Touchstone Invests - OM Copper Rock Int'l Small Cap Fund Z | A | Dividend | J | T | | | | | |
| 4. T. Rowe Price Small Cap Value Fund (PRSVX) | | None | K | T | | | | | |
| 5. T Rowe Price - Int'l Stock | A | Dividend | J | T | | | | | |
| 6. Wells Fargo Advantage Funds - Discovery (Inv) | B | Dividend | K | T | | | | | |
| 7. White Oak Growth | | None | J | T | | | | | |
| 8. Vanguard - IRA (Header) | | | | | | | | | |
| 9. 500 Index Fund | A | Dividend | K | T | | | | | |
| 10. Wellington Fund | A | Dividend | K | T | | | | | |
| 11. Wellesley Fund | A | Dividend | J | T | | | | | |
| 12. Money Market | A | Dividend | L | T | | | | | |
| 13. Global Equity | A | Dividend | K | T | | | | | |
| 14. Prime Market | A | Dividend | M | T | | | | | |
| 15. ABA Retirement Accounts (Header) | | | | | | | | | |
| 16. ABA Retirement - Moderate Risk Fund | A | Dividend | L | T | | | | | |
| 17. ABA Retirement - Lifetime Income Retirement Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spraker, Gary A. | 02/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Municipality of Anchorage 401k (Header) | | | | | | | | | |
| 19. T. Row Price Equity Index Fund (PREIX) | A | Dividend | K | T | | | | | |
| 20. Oakmark International Trust Fund | A | Dividend | K | T | | | | | |
| 21. Columbia Acorn Select Fund | A | Dividend | K | T | | | | | |
| 22. UBS Resource Management Account | | | | | | | | | |
| 23. UBS Bank USA Deposit Account | A | Interest | M | T | | | | | |
| 24. Adobe | | None | | | | | | | |
| 25. Ascent Cap Group, Inc. Series A | | None | | | | | | | |
| 26. AT&T | A | Dividend | | | | | | | |
| 27. Cisco | A | Dividend | | | | | | | |
| 28. Comcast | A | Dividend | | | | | | | |
| 29. Direct TV | | None | | | | | | | |
| 30. Discovery Communications, Inc | | None | | | | | | | |
| 31. Discovery Communications, Inc., Series B | | None | | | | | | | |
| 32. Express Scripts Hldg Co. | A | Dividend | | | | | | | |
| 33. General Communications, Inc., Class A | | None | | | | | | | |
| 34. Intel Corp. | A | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spraker, Gary A. | 02/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Liberty Media Corp. Com. | | None | | | | | | | |
| 36. Liberty Media Corp. Liberty Capital | | None | | | | | | | |
| 37. Liberty Interactive Corp., Series A | | None | | | | | | | |
| 38. Liberty Interactive Corp., Com., Series B | | None | | | | | | | |
| 39. Liberty Ventures Series A | B | Dividend | | | | | | | |
| 40. Liberty Global Inc., Class A | | None | | | | | | | |
| 41. Liberty Global, Inc. Class B | | None | | | | | | | |
| 42. Liberty Global Inc., Series C | | None | | | | | | | |
| 43. Merck | A | Dividend | | | | | | | |
| 44. Microsoft | A | Dividend | | | | | | | |
| 45. Nuveen Municipal Opportunity Fund | D | Dividend | M | T | | | | | |
| 46. UBS Access Account-managed by Davis Core Equities (header) | | | | | | | | | |
| 47. UBS Bank USA Deposit Account | A | Interest | M | T | | | | | |
| 48. Agilent Technologies | A | Dividend | | | | | | | |
| 49. Air Prod & Chemical, Inc. | A | Dividend | | | | | | | |
| 50. Alleghany Corp. Del. New | | None | | | | | | | |
| 51. American Express | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spraker, Gary A. | 02/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ameriprise Financial, Inc. | A | Dividend | | | | | | | |
| 53. Bank of New York Mellon Corp. | A | Dividend | | | | | | | |
| 54. Bed Bath & Beyond | | None | | | | | | | |
| 55. Berkshire Hathaway, Class B | | None | | | | | | | |
| 56. Coca Cola Co. | A | Dividend | | | | | | | |
| 57. Costco | A | Dividend | | | | | | | |
| 58. CVS Caremark Corp. | A | Dividend | | | | | | | |
| 59. Devon Energy Corp., | A | Dividend | | | | | | | |
| 60. EOG Resources, Inc. | A | Dividend | | | | | | | |
| 61. Express Scripts Hldg, Co. | A | Dividend | | | | | | | |
| 62. Google, Inc., Class A | A | Dividend | | | | | | | |
| 63. Harley Davidson, Inc. | A | Dividend | | | | | | | |
| 64. Hewlett Packard, Co. | A | Dividend | | | | | | | |
| 65. Iron Mtn, Inc New | A | Dividend | | | | | | | |
| 66. Loews Corp. | A | Dividend | | | | | | | |
| 67. Pfizer, Inc. | A | Dividend | | | | | | | |
| 68. Progressice Corp. Ohio | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spraker, Gary A. | 02/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Texas Instruments | A | Dividend | | | | | | | |
| 70. Walt Disney Co. (Hldg) | A | Dividend | | | | | | | |
| 71. Wells Fargo & Co | A | Dividend | | | | | | | |
| 72. Canadian Nat. Resources Ltd., Cad | A | Dividend | | | | | | | |
| 73. DIAGEO plc | A | Dividend | | | | | | | |
| 74. Potash Corp SASK, Inc. Canada | A | Dividend | | | | | | | |
| 75. Transocean LTD | A | Dividend | | | | | | | |
| 76. UBS Resource Management - UTMA Account 1 (Header) | | | | | | | | | |
| 77. UBS Bank USA Dep. Acct | A | Interest | | | | | | | |
| 78. Cisco | A | Dividend | | | | | | | |
| 79. Intel | A | Dividend | | | | | | | |
| 80. Microsoft | A | Dividend | | | | | | | |
| 81. UBS Resource Management - UTMA Account 2 (Header) | A | Interest | K | T | | | | | |
| 82. Cisco | A | Dividend | | | | | | | |
| 83. Intel | A | Dividend | | | | | | | |
| 84. Microsoft | A | Dividend | | | | | | | |
| 85. UBS Retirement Account -IRA (Header) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spraker, Gary A. | 02/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. UBS Bank USA Deposit Account | A | Interest | M | T | | | | | |
| 87. Citigroup | | None | | | | | | | |
| 88. St. Paul Travelers Cos., Inc. | A | Dividend | | | | | | | |
| 89. Blackrock Euro Fund | A | Dividend | J | T | | | | | |
| 90. Columbia Seligmann Comm & Info, Class A | B | Dividend | K | T | | | | | |
| 91. Invesco American Value, Class A | A | Dividend | K | T | | | | | |
| 92. Invesco Mid Cap Growth, Class A | A | Dividend | K | T | | | | | |
| 93. Invesco Small Cap Discovery Fund, Class B | A | Dividend | K | T | | | | | |
| 94. Munder Growth Opportunity | | None | J | T | | | | | |
| 95. Lord Abbott Bond Debenture Fund, Class A | C | Dividend | L | T | | | | | |
| 96. UBS Retirement Account- SEP IRA (Header) | | | | | | | | | |
| 97. UBS Bank | A | Interest | K | T | | | | | |
| 98. Boeing | A | Dividend | | | | | | | |
| 99. Corning | A | Dividend | | | | | | | |
| 100. Morrsion & Foerster 401k admin. by Charles Schwab (Header) | | | | | | | | | |
| 101. Schwab Inst. Large Cap Value Trust Fund | A | Dividend | K | T | | | | | |
| 102. Conservative Prof. Mixed Portfolio | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spraker, Gary A. | 02/15/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Key Bank (money market) | A | Interest | J | T | | | | | |
| 104. Alaska USA Fed. Credit Union | A | Interest | K | T | | | | | |
| 105. Northrim Bank | A | Interest | M | T | | | | | |
| 106. Northrim Bank - UTMA 2 | A | Interest | J | T | | | | | |
| 107. Northrim Bank - III | A | Interest | J | T | | | | | |
| 108. Wells Fargo Business Checking Account | | None | J | T | | | | | |
| 109. Wells Fargo Custodian SEP IRA - Money Market | A | Interest | J | T | | | | | |
| 110. Hartford Retirement Accounts (401k) (Header) | | | | | | | | | |
| 111. Janus Overseas | A | Dividend | | | | | | | |
| 112. Goldman Sachs Small Cap Value A | A | Dividend | | | | | | | |
| 113. Goldman Sachs Mid Cap Value A | A | Dividend | | | | | | | |
| 114. Davis New York Venture | A | Dividend | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spraker, Gary A. | 02/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments.  Individual stocks have been liquidated prior to filing this report, including those held in the UBS Access account.  The funds held in the Hartford 401k account have also been liquidated and rolled over into the Vanguard IRA.  Funds held in the Morrison & Foerster 401k are in the process of being liquidated and rolled over into the Vanguard account.  Those funds are shown within the Morrison & Foerster 401k as I could not verify liquidation as of the filing date.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Spraker, Gary A. | 02/15/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gary A. Spraker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544